IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MEDICAL STAFFING OF AMERICA, LLC, et al.<br><br>Defendants-Appellants | No. 23-2176 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

Appellants, Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing, and Lisa Ann Pitts (collectively, "Steadfast") respectfully moves this Court under Federal Rules of Appellate Procedure 26(b) and Local Rule 31(c) for a 30-day extension of time to file their Opening Brief. Counsel for Steadfast has conferred with counsel for the Acting Secretary, who stated that the Acting Secretary consents to the requested extension.

In support of this motion, counsel for Steadfast states the following:

1. On September 7, 2023, the district court entered a Memorandum Opinion and Order holding that Steadfast misclassified over 1,100 nurses as independent contractors, and it enjoined Steadfast from committing future violations of the FLSA. However, the district court's decision did not determine the amount of

back pay and liquidated damages that Steadfast owed and, instead, ordered Steadfast to produce additional records for the purpose of facilitating an updated computation of backpay by the Secretary in relation to the time period from June 2021 to January 2022.

2. On November 3, 2023, Steadfast filed a timely notice of appeal from the district court's September 7 Memorandum Opinion and Order, invoking this Court's interlocutory jurisdiction under 28 U.S.C. § 1292(a)(1) to hear appeals arising from interlocutory orders pertaining to injunctions.

3. On November 9, 2023, this Court issued a briefing schedule directing that Steadfast file its Opening Brief in this case on December 19, 2023.

4. On December 8, 2023, the district court issued a Memorandum Opinion and Order that directed Steadfast to pay $9,346,663.23 in back pay and liquidated damages. *See* Dkt. No. 412. This December 8 Order resolved the remaining motions that had been pending in the district court. On December 11, 2023, the district court entered an "Amended Final Judgment," incorporating the total back pay and liquidated damages figure referenced in the December 8 Order. *See* Dkt. No. 413.

5. On December 11, 2023, Steadfast filed a timely notice of appeal from the district court's December 8 order and December 11 Amended Final Judgment. This Court docketed this second appeal under Case No. 23-2284.

6. On December 13, 2023, this Court consolidated the two appeals.

2

7. Following consolidation, the parties' briefs must now address issues relating to liability under the FLSA, injunctive relief, and (now) additional issues arising from the district court's recent order and amended final judgment on back pay and damages calculations.

8. Accordingly, Steadfast respectfully requests a 30-day extension of time beyond the December 19 due date of its Opening Brief. Although Steadfast had been diligently preparing its Opening Brief, the addition of the district court's recent order and amended final judgment to the issues on appeal require additional time to prepare adequate briefing.

9. Steadfast has not previously sought an extension of the due date filing for its Opening Brief.

10. As noted, counsel for Steadfast has conferred with counsel for the Acting Secretary, who stated that the Acting Secretary consents to the requested extension.

In light of the foregoing, Steadfast respectfully submits that it has shown good cause for the requested extension, and respectfully requests that this Court grant this Motion and extend the due date for filing the Opening Brief by 30 days until January 18, 2024.

Respectfully submitted,

*/s/ Abram J. Pafford*
Abram J. Pafford
MCGUIREWOODS LLP
888 16th Street NW
Suite 500
Washington, D.C. 20006

*Counsel for Defendants-Appellants Medical Staffing of America, LLC and Lisa Ann Pitts*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 530 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Abram J. Pafford*
Abram J. Pafford

## CERTIFICATE OF SERVICE

I certify that, on December 13, 2023, I electronically filed the foregoing Consent Motion for Extension of Time with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Abram J. Pafford*
Abram J. Pafford
