IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>            Plaintiff-Appellee,<br><br>v.<br><br>MEDICAL STAFFING OF AMERICA, LLC, et al.<br><br>            Defendants-Appellants | Nos. 23-2176 & 23-2284 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF AND JOINT APPENDIX**

Appellants, Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing, and Lisa Ann Pitts (collectively, "Steadfast") respectfully moves this Court under Federal Rules of Appellate Procedure 26(b) and Local Rule 31(c) for a 14-day extension of time (from January 18, 2024 to February 1, 2024) to file their Opening Brief and Joint Appendix in this consolidated appeal. Counsel for Steadfast has conferred with counsel for the Acting Secretary of Labor, who stated that the Acting Secretary consents to the requested extension.

In support of this motion, counsel for Steadfast states the following:

1.     This case involves a worker classification dispute arising under the Fair Labor Standards Act ("FLSA"). On January 14, 2022, the district court issued a Memorandum Opinion and Order holding that Steadfast misclassified over 1,100

1

nurses as independent contractors, and it enjoined Steadfast from committing future violations of the FLSA. However, the District Court's decision did not determine the amount of back pay and liquidated damages that Steadfast owed and, instead, ordered Steadfast to produce additional records for the purpose of facilitating an updated computation of backpay by the Secretary in relation to the time period from June 2021 to January 2022. The District Court's January 2022 injunction was appealed to this Court, and on May 31, 2023, this Court vacated that injunction, and remanded for further proceedings.

2.     After supplemental briefing, the District Court imposed a renewed FLSA injunction via a memorandum opinion and order entered on September 7, 2023. On November 3, 2023, Steadfast filed a timely notice of appeal from the district court's September 7 Memorandum Opinion and Order, invoking this Court's interlocutory jurisdiction under 28 U.S.C. § 1292(a)(1) to hear appeals arising from interlocutory orders pertaining to injunctions.

3.     On November 9, 2023, this Court issued a briefing schedule directing that Steadfast file its Opening Brief on December 19, 2023.

4.     On December 8, 2023, the district court issued a Memorandum Opinion and Order that directed Steadfast to pay $9,346,663.23 in back pay and liquidated damages. *See* Dkt. No. 412. On December 11, 2023, the district court entered an

"Amended Final Judgment," incorporating the total back pay and liquidated damages figure referenced in the December 8 Order. *See* Dkt. No. 413.

5. On December 11, 2023, Steadfast filed a timely notice of appeal from the district court's December 8 order and December 11 "Amended Final Judgment." This Court docketed this second appeal under Case No. 23-2284.

6. On December 13, 2023, this Court consolidated the two appeals.

7. Following consolidation, the parties' briefs must now address issues relating to liability and worker classification under the FLSA, injunctive relief, a good faith defense to liquidated damages, and additional issues arising from the district court's recent order and final judgment on back pay and damages calculations. The former issues were the subject of a seven-day bench trial with more than 20 witnesses, and the latter were the subject of extensive post-trial briefing and litigation in the district court. Post-consolidation, all these issues must now be addressed in a single integrated brief.

8. At the same time as the Court consolidated proceedings for Steadfast's Notice of Appeal filed November 3, and its Notice of Appeal filed December 11, this Court granted a 30-day extension of time in which to file the Opening Brief and Joint Appendix until January 18, 2024.

9. Undersigned counsel for Steadfast has been working diligently to file Steadfast's Opening Brief and Joint Appendix on January 18. However, counsel also

3

anticipates deadlines during the first half of January in relation to potential bid protest litigation in the United States Court of Federal Claims, and work on a District Court appeal arising in connection with a bankruptcy matter in the United States District Court for the District of Delaware. These other matters, and certain family obligations in late December and early-to-mid January, lead undersigned counsel to seek additional time to prepare the Opening Brief and Joint Appendix in this consolidated appeal.

10. Accordingly, Steadfast respectfully requests a 14-day extension of time, to and including February 1, 2024, to file its Opening Brief and Joint Appendix. Steadfast respectfully submits that neither party will be prejudiced by a 14-day extension, and such extension would provide adequate time to address the additional issues raised by the district court's December 8 memorandum opinion and December 11 "Amended Final Judgment."

11. As noted, counsel for Steadfast has conferred with counsel for the Acting Secretary of Labor, who stated that the Acting Secretary consents to the requested extension.

12. In light of the foregoing, Steadfast respectfully submits that it has shown good cause for the requested extension, and respectfully requests that this Court grant this Motion and extend the due date for filing the Opening Brief and Joint Appendix by 14 days, until February 1, 2024.

Dated: January 3, 2024                     Respectfully submitted,

/s/ *Abram J. Pafford*
Abram J. Pafford
MCGUIREWOODS LLP
888 16th Street NW
Suite 500
Washington, D.C. 20006

*Counsel for Defendants-Appellants Medical Staffing of America, LLC and Lisa Ann Pitts*

5

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 795 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Abram J. Pafford*
Abram J. Pafford

## CERTIFICATE OF SERVICE

I certify that, on January 3, 2024, I electronically filed the foregoing Consent Motion for Extension of Time with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Abram J. Pafford*
Abram J. Pafford