# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>              Plaintiff-Appellee,<br><br>              v.<br><br>MEDICAL STAFFING OF AMERICA, LLC, et al.<br><br>              Defendants-Appellants | Nos. 23-2176 (L),<br>23-2284 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

Appellants, Medical Staffing of America, LLC d/b/a Steadfast Medical Staffing, and Lisa Ann Pitts (collectively, "Steadfast") respectfully moves this Court under Federal Rules of Appellate Procedure 26(b) and Local Rule 31(c) for a 9-day extension of time to file their Reply Brief, from April 15, 2024 to April 24, 2024. Counsel for Steadfast has conferred with counsel for the Acting Secretary, who has confirmed in writing that the Acting Secretary has no objection to this motion and the relief requested herein.

In support of this motion, counsel for Steadfast states the following:

1. This Court previously granted extensions of time to both parties to file their initial briefs by 14 and 21 days, respectively.

2. The Acting Secretary of Labor filed the Department of Labor's Appellee Brief on March 25, 2024.

3. Steadfast's Reply Brief is currently due on April 15, 2024. Steadfast has not previously sought an extension of the due date to file its Reply Brief.

4. Undersigned counsel for Steadfast has a number of familial and professional obligations between now and April 15 that will constrain the ability to prepare the Reply Brief in this appeal. Specifically, undersigned counsel is responsible for:

- Attending to the needs of his wife and family following his wife's outpatient surgery on April 2, 2024.

- Serving as lead counsel for a bid protest to be filed in the United States Court of Federal Claims, arising from an ongoing federal procurement, with the filing to take place the week of April 8.

- Appearing as lead counsel at an April 12 hearing on a potentially dispositive motion in connection with a pending matter in the United States District Court for the Eastern District of Virginia.

5. Accordingly, Steadfast respectfully requests a modest 9-day extension of time beyond the April 15 due date for its Reply Brief.

6. As noted, counsel for Steadfast has conferred with counsel for the Acting Secretary, who stated that the Acting Secretary has no objection to the requested extension.

In light of the foregoing, Steadfast respectfully submits that it has shown good cause for the requested extension, and respectfully requests that this Court grant this

2

Motion, and extend the due date for filing the Reply Brief by 9 days until April 24, 2024.

                                      Respectfully submitted,

                                      */s/ Abram J. Pafford*
                                      Abram J. Pafford
                                      McGuireWoods LLP
                                      888 16th Street NW
                                      Suite 500
                                      Washington, D.C. 20006

                                      *Counsel for Defendants-Appellants*
                                      *Medical Staffing of America, LLC and*
                                      *Lisa Ann Pitts*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 373 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

> */s/ Abram J. Pafford*
> Abram J. Pafford

## CERTIFICATE OF SERVICE

I certify that, on April 3, 2024, I electronically filed the foregoing Consent Motion for Extension of Time with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Abram J. Pafford*
Abram J. Pafford
