# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 14, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-2176 (L),   Julie Su v. Medical Staffing of America, LLC
                     2:18-cv-00226-RAJ-LRL

TO:   Medical Staffing of America, LLC
      Lisa Ann Pitts
      Julie A. Su

RESPONSE DUE: 06/17/2024

Response is required to the notice requesting information regarding similar cases on or before 06/17/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Jeffrey S. Neal, Deputy Clerk
804-916-2702