# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-2176 (L); 23-2284     Caption: Julie Su v. Medical Staffing of America, LLC, et al.

---

Argument Session For Which You Are Scheduled: September 24-27, 2024

Dates You Are Available To Argue in the Session (if any):

September 26 & 27

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

N/A

Other Relevant Information:

I am scheduled to chair multiple panels at a conference on September 24 & 25

Party(ies) You Represent:

Appellants Medical Staffing of America, LLC and Lisa Ann Pitts

---

| 6/24/2024 | /s/ Abram J. Pafford |
|-----------|----------------------|
| Date      | Counsel Signature    |

11/29/2021 SCC