# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

**Case Number:** 23-2176(L), 23-2284          **Date of Oral Argument:** 09/27/24

**Caption:** Julie Su v. Medical Staffing of America, LLC, et al.

**Attorney Arguing:** Abram J. Pafford

**Arguing on Behalf of (party name):** Medical Staffing of America, LLC and Lisa Ann Pitts

**Select party type:**
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

**Attorney Appearing for Defendant but Not Arguing in Consolidated Criminal Case:**

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

**First Attorney Arguing Per Side:** Abram J. Pafford
**Phone Number (day of argument):** (703) 851-8096

**Principal Argument Time:** 15          **Rebuttal Argument Time (if any):** 5
(for appellants and appellees)               (appellants and cross-appellants only)

**Any Second Attorney Sharing Arguing Time:**
**Phone Number (day of argument):**

**Principal Argument Time:**               **Rebuttal Argument Time (if any):**
(for appellants and appellees)               (appellants and cross-appellants only)

**Any Counsel for Amicus Participating in Argument by Leave of Court:**

**Phone Number (day of argument):**

**Argument Time:**          Select one of the following:  ☐ Order allowing argument time
                                                          ☐ Court-Appointed Amicus

**Signature:** /s/ Abram J. Pafford               **Date:** 07/24/24