FILED: July 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2176 (L)
(2:18-cv-00226-RAJ-LRL)

_____

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor,

      Plaintiff – Appellee,

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company,

      Defendants – Appellants.

_____

O R D E R

_____

The court amends its opinion filed July 17, 2025, as follows:

On the cover page, in the case caption for case number 23-2284, the word "acting" is removed.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk