FILED: September 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2176 (L)
(2:18-cv-00226-RAJ-LRL)

_____

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor

   Plaintiff - Appellee

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company

   Defendants - Appellants

_____

No. 23-2284
(2:18-cv-00226-RAJ-LRL)

_____

LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor

   Plaintiff - Appellee

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company

Defendants - Appellants

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Richardson, and Senior Judge Floyd.

For the Court

/s/ Nwamaka Anowi, Clerk